ABRAHAM BOORD, Respondent, *v.* WILLIAM P. O'BRIEN, as Police Commissioner of the City of New York, Appellant.

Argued May 22, 1951; decided July 11, 1951.

*John P. McGrath, Corporation Counsel* (*Daniel T. Scannell* and *Seymour B. Quel* of counsel), for appellant.

*Lawrence Kovalsky* and *David Goldstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.